IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WALTER HOLLEY,
Inmate No. L08450,
    Plaintiff,

vs.                                               Case No.: 3:19cv150/RV/EMT

WARDEN JOHN DOE, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated May 13, 2019 (doc. 9). The parties have been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections under Title 28, United States Code, Section 636(b)(1). The plaintiff has filed an objection (doc. 10), which I have reviewed de novo.

Having considered the Report and Recommendation, and plaintiff's objection thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Plaintiff's motion for preliminary injunctive relief (doc. 8) is **DENIED**.

**DONE AND ORDERED** this 30th day of May 2019.

/s/ Roger Vinson
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**