IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WALTER HOLLEY,
    Plaintiff,

vs.                                Case No.: 3:19cv150/RV/EMT

WARDEN JOHN DOE, et al.,
    Defendants.
_____/

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 28, 2019 (ECF No. 23). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). He has filed an objection (ECF No. 24), I have made a <u>de novo</u> review of that objection.

Having considered the Report and Recommendation, and Plaintiff's objection thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's claims against Defendants are **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1);

3. All pending motions are **DENIED as moot**.

4. The clerk of court is directed to enter judgment accordingly and close the case.

**DONE AND ORDERED** this 18th day of September 2019.

/s/ Roger Vinson
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**